UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| SARAH PERKINS, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-05039-CV-SW-BCW |
| | ) | |
| SUPERIOR HOME HEALTH SERVICES LLC, et al., | ) | |
| | ) | |
| Defendant. | ) | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Plaintiff's motion for default judgment, is hereby GRANTED. It is further

**ORDERED** that

Defendants are liable to the Plaintiff for damages in an amount of $69,000.00 inclusive of liquidated damages, costs, and interest according to law from the date of this judgment until the entire amount is paid.

| March 29, 2024 | Paige Wymore-Wynn |
| --- | --- |
| Date | Clerk |

| Entered on   March 29, 2024 | /s/ Christy Anderson |
| --- | --- |
| | (By) Deputy Clerk |